tion by Louis Cohen against Isaac Polstein and another. C. A. Brodert, for appellants. S. Sturtz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CONGDON, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Minnie H. Congdon, as administratrix, against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted; this court certifying that in its opinion a question of law has arisen which ought to be reviewed by the Court of Appeals, pursuant to section 191 of the Code of Civil Procedure.

CONGREGATION DORSHE, ETC., v. FELDMAN et al. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Congregation Dorshe, etc., against Frank Feldman and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

CONTENT et al., Respondents, v. BRAUNER, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Harry Content and others against Peter Brauner. O. Horwitz, for appellant. C. E. Rushmore, for respondents. No opinion. Judgment and order affirmed, with costs.

CONVISSOR, Appellant, v. DEINHARDT, Respondent. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Simon Convissor against John Deinhardt. No opinion. Judgment of the Municipal Court affirmed, with costs.

CORPORATION LIQUIDATING CO., Respondent, v. OWEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Corporation Liquidating Company against Francis C. Owen. No opinion. Judgment affirmed, with costs.

CORTRIGHT, Appellant, v. CORTRIGHT, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by Jemima Cortright against Amos Cortright, as executor under the last will and testament of Samuel Cortright, deceased.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not voting.

CORWINE, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Ella Smith Corwine against Charles H. L. Smith, impleaded with others. No opinion. Orders affirmed, with $10 costs and disbursements.

In re CRISFIELD. (Supreme Court, Appellate Division, First Department. June 17, 1904.) In the matter of Caroline M. Crisfield. No opinion. Motion denied, on payment of $10 costs of motion and $10 term fee.

CROSBY, Respondent, v. SECURITY MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Sadie E. Crosby against the Security Mutual Life Insurance Company. No opinion. Order denying motion for new trial affirmed, with costs.

In re CROUCH'S ESTATE. In re HAGAMAN. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) In the matter of the estate of George W. Crouch. Application of Celina A. Hagaman for an order punishing Frank P. Crouch for contempt of court. No opinion. Order affirmed, with $10 costs and disbursements.

In re CROUCH'S ESTATE. In re VAN DE CARR et al. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) In the matter of the estate of George W. Crouch. Application of Sarah L. Van De Carr and others for an order punishing Frank P. Crouch for contempt of court. No opinion. Order affirmed, with $10 costs and disbursements.

In re CROUCH'S ESTATE. In re HAGAMAN. In re VAN DE CARR et al. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) In the matter of the estate of George W. Crouch. Applications of Celina A. Hagaman and of Sarah L. Van De Carr and others for an order punishing Frank P. Crouch for contempt of court. No opinion. Application to amend decision denied, without costs.

CROWLEY v. JOHNSTON. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Henry Crowley against Edward W. S. Johnston. No opinion. Motion denied, on payment of $10 costs.

CSATLOS v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by William Csatlos against the Metropolitan Street Railroad Company. No opinion. Motion denied, with $10 costs.

In re CULLINAN. In re CAPDEVILLE & CO. (Supreme Court, Appellate Division, First Department. May 6, 1904.) In the matter of Patrick W. Cullinan. In the matter of Capdeville & Co. H. H. Kellogg, for Patrick W. Cullinan. T. Smith, for Capdeville & Co. No opinion. Order affirmed, with $10 costs and disbursements.

CULLINAN, Excise Com'r, Appellant, v. DEVLIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by Patrick W. Cullinan, as State Commissioner of Excise of the state of New York, against John Devlin and the Fidelity & Casualty Company of New York. No opinion. Judgment and order unanimously affirmed, with one bill of costs to respondents, with disbursements of both.

CULVER v. CULVER et al. (Supreme Court, Appellate Division, First Department.